**EXHIBIT A**

# Exhibit A

## PPI Relationships Identified by MUFG's Control Room

| Potential Party of Interest | Relationship |
| --- | --- |
| Agribank, FCB | Trading account with an MUAH subsidiary/affiliate, wholly unrelated to these chapter 11 cases |
| Export Development Canada | Trading account with an MUAH subsidiary/affiliate, wholly unrelated to these chapter 11 cases |
| LOL Finance Co. | A subsidiary/affiliate of MUAH has an outstanding commitment to a revolving credit facility, wholly unrelated to these chapter 11 cases |
| Royal Bank of Canada | Trading accounts with certain MUAH subsidiaries/affiliates, wholly unrelated to these chapter 11 cases; In the past, certain MUAH subsidiaries/affiliates have conducted bond offerings on behalf of Royal Bank of Canada, wholly unrelated to these chapter 11 cases |

## List of PPI checked by MUFG's Control Room

**Debtors and non-debtor affiliates:**
- Canwin Farms, LLC
- GAT Farms, LLC
- HyLife Foods Windom, LLC
- HyLife Group Holdings Ltd.
- Hylife Ltd.
- Tritek International Inc.
- Skyline International, Inc.

**Equity holders of the Debtors**
- Itochu Corporation
- CPF Canada Holdings Corp. (Charoen Pokphand Foods)

**Secured and unsecured lenders**
- AgCountry Farm Credit Services, FLCA
- AgriBank, FCB
- CIBC Bank
- Compeer Financial, FLCA
- Compeer Financial, PCA
- Export Development Canada
- Greenstone Farm Credit Services, FLCA
- LOL Finance Co. (Land O' Lakes Finance)
- Robert Reiser and Company
- Royal Bank of Canada